# Supreme Court of Florida

_____

No. SC18-1171
_____

**JULIANNE M. HOLT, etc.,**
Petitioner,

vs.

**MICHAEL EDWARD KEETLEY, et al.,**
Respondents.

September 5, 2019

PER CURIAM.

We initially accepted jurisdiction to review *Holt v. Keetley*, 250 So. 3d 206 (Fla. 2d DCA 2018), based on express and direct conflict with a decision of another district court of appeal and on the ground that the decision expressly affects a class of constitutional officers. *See* art. V, § 3(b)(3), Fla. Const.

Upon further consideration, we conclude that this matter is moot, and we exercise our discretion and discharge jurisdiction. Accordingly, this review proceeding is hereby dismissed.

It is so ordered.

CANADY, C.J., and POLSTON, LABARGA, LAWSON, LAGOA, LUCK, and MUÑIZ, JJ., concur.

NO MOTION FOR REHEARING WILL BE ALLOWED.

Application for Review of the Decision of the District Court of Appeal – Constitutional Construction/Direct Conflict of Decisions

Second District - Case No. 2D17-2157

(Hillsborough County)

Julianne M. Holt, Public Defender, and Jennifer Spradley, Assistant Public Defender, Thirteenth Judicial Circuit, Tampa, Florida,

     for Petitioner

Ashley B. Moody, Attorney General, Caroline Johnson Levine, Assistant Attorney General, Amit Agarwal, Solicitor General, Edward M. Wenger, Chief Deputy Solicitor General, and Christopher J. Baum, Deputy Solicitor General, Tallahassee, Florida,

     for Respondent State of Florida

Lyann Goudie of Goudie & Kohn, P.A., Tampa, Florida,

     for Respondent Michael Edward Keetley